1797.

---

# WESTMORELAND COUNTY.

## September Term, 1797.

### DANIEL St. CLAIR *v.* DANIEL JONES.

CASE for enticing away and harbouring a fervant boy.—

*Young*, for the plaintiff, offered an indenture figned by the plaintiff, purporting to be a binding of a minor boy, by his guardian, to the plaintiff.

*Semple,* for the defendant, objected, becaufe it was figned only by the plaintiff, and not by the guardian.

*Young.* We will prove, that an exact counterpart of this was executed by the guardian.

PRESIDENT. The teftimony cannot be received.— But, if you pleafe, we will referve the point.

*Young* then offered to prove by the guardian, that he did execute a counterpart of this indenture.

PRESIDENT. This cannot be admitted, unlefs its lofs be proved. We will referve this point alfo if you pleafe.

*Young* then offered to prove, that the guardian did bind the boy to the plaintiff.

PRESIDENT. This muft be rejected, as the other evidence was; fince you have ftated that a deed exifted.

The plaintiff was then nonfuited, with leave to move to fet the nonfuit afide.          Z 4